ON MOTION FOR REHEARING EN BANC

PER CURIAM.
Subsequent to the release of the panel opinion in Leslie v. Carnival Corp., 22 So.3d 561, 561-62 (Fla. 3d DCA 2008), the Court consolidated this case with two others,[1] and by a majority vote of the active judges of this district, see Fla. RApp. P. 9.331(a), ordered that they be considered together en banc on the issue decided in the panel opinion. Upon consideration of the matter en banc, the Court is evenly divided. Judges Gersten, Wells, Shepherd, Suarez and Lagoa voted in favor of affirming the circuit court. Chief Judge Ramirez, and Judges Cope, Cortiñas, Rothenberg and Salter voted to reverse the decision of the circuit court. The effect of the vote is that the panel opinion stands. Id.

. Garcia v. Carnival Corp., No. 3D07-627, 2008 WL 440997, at *1 (Fla. 3d DCA Feb. 20, 2008); and Spivey-Ferguson v. Carnival Corp., No. 3D07-1009, 2008 WL 373233, at *1 (Fla. 3d DCA Feb. 13, 2008).